**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7152**

_____

DAVID BRYANT WICKS,

Plaintiff – Appellant,

v.

WALMART DEPARTMENT STORES; JUSTIN SHERMAN; MIKE WHITE;
CAMBRIDGE POLICE DEPARTMENT; JOHN F. JONES; SALISBURY
POLICE DEPARTMENT; OFFICER BARKLEY; CHRISTOPHER LANE;
GEORGE KALOROUMAKIS; WARDEN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:14-cv-02293-RDB)

_____

Submitted: December 16, 2014      Decided: December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Bryant Wicks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bryant Wicks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wicks v. Walmart Dep't Stores, No. 1:14-cv-02293-RDB (D. Md. filed July 28 & entered July 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2